# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 07-74 (1) (RHK/JJG) |
| Plaintiff, | **ORDER FOR CONTINUANCE** |
| v. | |
| Jerry Ricardo Straub, | |
| Defendant. | |

---

Because the ends of justice served by a continuance outweigh the public's interest in a speedy trial, as contemplated by 18 U.S.C. § 3161(h)(8)(A), it is hereby **ORDERED** that the Motion for Continuance (Doc. No. 31) is **GRANTED**; the trial in the above-captioned case is continued from the currently scheduled trial date of August 8, 2007, to August 20, 2007.

Dated: August 1, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge