UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,      Criminal No. 07-74 RHK/JJG

      v.                **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS**

Jerry Garcia Straub,         **AND POSITION PLEADINGS**

                Defendant.

---

LeeAnn K. Bell, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

      The Defendant's Motion for Extension of Time is GRANTED.

      **IT IS HEREBY ORDERED** that:

      All written correspondence be due to the Probation Office by October 31, 2007; and

      Position pleadings, if necessary, be filed electronically with the Clerk of Court by November 7, 2007.

Dated:    10/19/07                s/Richard H. Kyle
                                            Honorable Richard H. Kyle
                                            United States District Court Judge