# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Criminal No. 07-74 (1) (RHK/JJG) |
| v. |  | **ORDER FOR EXTENSION OF** |
|  |  | **TIME TO FILE OBJECTIONS** |
| Jerry Ricardo Straub, |  | **AND POSITION PLEADINGS** |
|  | Defendant. |  |

LeeAnn K. Bell, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

The Defendant's Motion for Extension of Time (Doc. No. 43) is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by November 13, 2007;

and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by

November 20, 2007.

Dated: November 8, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge